CASE NO. 12-15-00118-CR

MICHAEL LYNN EATON,  §  IN THE 12TH COURT OF APPEALS
Relator  §
  §
v.  §  OF THE STATE OF TEXAS
  §
115TH DISTRICT COURT OF UPSHUR COUNTY,  §
CAROLYN PARROTT, DISTRICT CLERK,  §  TYLER, TEXAS
DEANNA DRENNAN, COURT REPORTER,  §
Respondents  §

FILED IN COURT OF APPEALS
12th Court of Appeals District
TYLER, TEXAS
AUG 18, 2015
TYLER TEXAS
CATHY S. LUSK, CLERK

## MOTION REQUESTING ACTION ON PETITION

COMES NOW, Michael Lynn Eaton, Relator, who respectfully requests that this Honorable 12TH Court of Appeals take action on his Petition titled "Application For Writ of Mandamus" and GRANT to Relator all relief requested in same. In support of this Motion Relator would show the following:

- On May 6, 2015, Relator filed a Petition for Writ of Mandamus in the 12th Court of Appeals in Tyler Texas.

- On June 17, 2015, The 12th Court of Appeals requested that Respondent(s) and/or any real party in interest respond to Relator's Petition and deliver such response to that Court on or before June 29, 2015.

- As of August 10, 2015, No response or answer has been filed or delivered to the 12th Court of Appeals or to this Relator.

Consistent with the Texas Rules of Appellate Procedure, TRAP Rule 52.4, This Court has properly complied with specifically TRAP 52.4 and requested a response from the Respondents.

Therefore, Relator moves this Honorable Court for Action on his Petition pursuant to TRAP 52.8(c) and that ALL relief requested in his Petition be GRANTED. Relator respectfully requests that this Court make an appropriate ORDER for same.

### ORIGINAL RELIEF REQUESTED

"...Copies of Relators Records relating to his conviction in Cause no. 15074, along with a copy of the Transcript of the Plea Hearing in this cause of action..."

### PRAYER AND RELIEF REQUESTED

WHEREFORE PREMESIS CONSIDERED, Relator, Michael Lynn Eaton **PRAYS** that this Court will **GRANT** to him ALL relief originally requested and **ORDER** Respondents to make copies of ALL of the documents and records in their possession relating to his conviction in Cause No. 15074 including a copy of the Transcript of the Plea Hearing in this cause of action. Relator further **PRAYS** that this Court **ORDER** that the costs for such copies be bourn by the Respondents.

Respectfully submitted,

on this the 10 day of August, 2015.

Michael Lynn Eaton, Relator
1652213
Beto Unit    1391 FM 3328
Tennessee Colony, Tx. 75880
(903) 928-2217

## UNSWORN DECLARATION

I, Michael Lynn Eaton, do hereby swear under the penalty of perjury that the statements and facts contained in my "Motion requesting Action on PETITION" are true and correct. And that I file said Motion not for purposes of delay , nor to prejudice the parties, or to increase the costs of this litigation, but so that justice can be obtained.

Sworn adn signed on this the 10 day of August ,2015.

Michael Lynn Eaton

## CERTIFICATE OF SERVICE

I, Micahel Lynn Eaton do hereby certify that I placed the aforementioned "Motion requesting Action on Petition" in a proper wrapper , did afix sufficient pre-paid U.S. first Class postage to same, and did address same to the parties listed herein below and placed same into the available mailing system for such mail.

Certifeid on this the 10 day of August ,2015.

Michael Lynn Eaton, Relator
1652213
Beto Unit   1391 FM 3328
Tennessee Colony, Tx. 75880
(9030 928-2217

SENT TO:

CATHY S. LUSK, CLERK   TWELFTH COURT OF APPEALS
SUITE 354   1517 W. FRONT STREET,   TYLER, TEXAS   75702

CAROLYN PARROTT, DISTRICT CLERK AND DEANNA DRENNAN, COURT REPORTER
115TH JUDICIAL DISTRICT COURT OF UPSHUR COUNTY
405 E. TITUS STREET   PO BOX 1052   GILMER, TEXAS   75644-1052

UPSHUR COUNTY DISTRICT ATTORNEYS OFFICE, 115TH JUDICIAL DISTRICT COURT
405 E. TITUS STREET   GILMER, TEXAS   75644-1052

cc: file